IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCIANO RAMIREZ-SALAZAR,

    Plaintiff,                      No. 2:13-cv-0152 CKD P

    vs.

ROBIN R. TAYLOR, et al.,

    Defendants.                ORDER

_____/

        Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter.  The Clerk of the Court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

Dated: January 28, 2013

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

1/de
rami0152.recusal