```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

LUCIANO RAMIREZ-SALAZAR,

      Plaintiff,                    No. 2:12-cv-0764 KJN P

     vs.

DAVID DERKSEN,

      Defendant.              ORDER

_____/

LUCIANO RAMIREZ-SALAZAR,

      Plaintiff,                    No. 2:13-cv-0152 LKK DAD P

     vs.

ROBIN R. TAYLOR, et al.,

      Defendants.            ORDER

_____/

      The court has received the Notice of Related Cases concerning the above-captioned cases filed February 4, 2013.  See Local Rule 123, E.D. Cal. (1997).  The court has, however, determined that it is inappropriate to relate No. 2:13-0152 LKK DAD P to No. 2:12-cv-0764, and it therefore declines to do so.

////

1         IT IS SO ORDERED.

2    DATED:  March 8, 2013

3

4                                        _____
                                         KENDALL J. NEWMAN
5                                        UNITED STATES MAGISTRATE JUDGE

6    sal764.rel